Decided September 15, 2004

ROBERT BEUCLER ET AL. *v.* MICHAEL J. LLOYD ET AL.

The defendants' petition for certification for appeal from the Appellate Court, 83 Conn. App. 731 (AC 24158), is granted, limited to the following issue:

"Did the Appellate Court properly conclude that the notice requirement in the parties' construction contract did not comport with the plaintiffs' warranty rights

under the New Home Warranties Act, General Statutes § 47-116 et seq.?"

The Supreme Court docket number is SC 17260.

*Robert W. Smith,* in support of the petition.

*Scott R. McCarthy,* in opposition.

Decided September 15, 2004